No. 869.   CHRISTOPHER ET AL. *v.* E. I. DU PONT DE NEMOURS & Co., INC., 400 U. S. 1024.   Petition for rehearing denied.   MR. JUSTICE HARLAN and MR. JUSTICE WHITE took no part in the consideration or decision of this petition.

MARCH 11, 1971

No. 1280.   MONTAGNA *v.* UNITED STATES.   C. A. 7th Cir.   Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.

MARCH 17, 1971

No. 1233.   STATES MARINE LINES, INC., ET AL. *v.* FEDERAL MARITIME COMMISSION ET AL.   C. A. D. C. Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.

MARCH 19, 1971

No. 6540.   GARELLE *v.* UNITED STATES.   C. A. 2d Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.

MARCH 22, 1971

No. 423.   ELECTRONIC INDUSTRIES ASSN. *v.* UNITED STATES ET AL.   Affirmed on appeal from D. C. D. C.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this case.